UNITED STATE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN L. ZIEGLER, | : | 1:CV-04-788 |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | (Electronically Filed) |
| STEELTON-HIGHSPIRE SCHOOL SYSTEM, | : | |
| | : | |
| Defendant | : | (Judge Conner) |

FILED
HARRISBURG
MAY 2 4 2005
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## ORDER

AND NOW, this 24TH day of May, 2005, based upon the Stipulation for Late Filing of Plaintiff's Response to Defendant's Statement of Facts, the Stipulation is approved. Plaintiff's Brief and supporting record will be filed by the 5:00 P.M. on Friday, May 20, 2005; and Plaintiff's Response to Defendant's Statement of Facts will be filed on or before 9:00 A.M. on Monday, May 23, 2005.

Christopher C. Conner
United States District Judge