## UNITED STATE DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
**HARRISBURG**
SEP 1 2 2005
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

| | | |
|---|---|---|
| KATHLEEN L. ZIEGLER, | : | 1:CV-04-788 |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | (Electronically Filed) |
| STEELTON-HIGHSPIRE | : | |
| SCHOOL SYSTEM, | : | |
| Defendant | : | (Judge Conner) |

### ORDER

AND NOW, this ___12ᵀᴴ___ day of September, 2005, based upon the joint motion and representations of counsel for the parties that there is a reasonable likelihood of settling this matter with the assistance of a settlement facilitator, the Court finds that this matter is appropriate for application of the Alternative Dispute Resolution process set forth at Chapter VI of the Middle District's Rules of Court. This case is therefore removed from the October, 2005 trial list, pending issuance by the Court of an appropriate Order under Local Rule 16.8.5, or other Order to Court.

Christopher C. Conner
United States District Judge